IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| King Sports, LLC, | ) | Case Number: 11-01108 |
| | ) | |
| Debtor. | ) | |
| | ) | |

MOTION FOR AN EMERGENCY HEARING ON ITS
NOTICE AND APPLICATION FOR SALE OF
PROPERTY FREE AND CLEAR OF LIENS,
CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS
(John Daly Discount Golf Purchase Order)

PLEASE TAKE NOTICE THAT the undersigned, on behalf of King Sports, LLC ("King Sports"), the above-captioned debtor-in-possession, hereby moves before the Court for an Order granting an emergency hearing on its Notice and Application for Sale of Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests (John Daly Discount Golf Purchase Order) which is being filed contemporaneously herewith. The required memorandum is incorporated herein. In support of this request for an emergency hearing and pursuant to SC LBR 9013-1(d), the Debtor states as follows:

Pursuant to the Notice of Sale, the Debtor seeks authority to sell $44,620.00 of its inventory. The shipment must be sent prior to the end of February or the sale will be lost. The honoring the purchase order allows the debtor to continue the operation of its business and results in a significant amount of revenue for the debtor. The ability to honor this purchase order is integral to the Debtor's operations and the failure to make sales such as these has placed the ongoing business in jeopardy. Thus, the Debtor respectfully requests that this matter be heard at the earliest possible time.

1

Wherefore, the Debtor requests the Court to enter its Order granting its request for an emergency hearing on its Motion.

Respectfully submitted,

GLEISSNER LAW FIRM, LLC

/s Richard R. Gleissner
Richard R. Gleissner (#5389)
3610 Landmark Drive, Suite G
Columbia, SC 29204
(T) 803-603-2228
rick@gleissnerlaw.com
Attorney for the Debtor

February 22, 2011